IN RE: AMENDMENT TO OKLAHOMA SUPREME COURT RULE 1.301, FORM 5 PETITION IN ERROR
2023 OK 94
Decided: 09/25/2023
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2023 OK 94, __ P.3d __

 
ORDER
Oklahoma Supreme Court Rule 1.301, Form 5 (Petition in Error), 12 O.S., ch. 15, app. 1, is hereby amended as shown on the attached Exhibits A and B. The amended rule shall be effective immediately.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 25th DAY OF SEPTEMBER, 2023.
/S/CHIEF JUSTICE
CONCUR: Kane, C.J., Rowe, V.C.J., Kauger, Edmondson, Gurich and Kuehn, JJ.
DISSENT: Combs and Darby, JJ.
NOT VOTING: Winchester, J.
 
 

Rule 1.301, Form No. 5
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

 
 
 

)
 
 
 

 
 

,

)
 
 
 

 
 
 

)
 
 
 

 

Plaintiff/Appell_____,
 

)
 
 
 

vs.
 
 

)

No.
 
 

 
 
 

)
 
 
 

 
 

,

)
 
 
 

 
 
 

)
 
 
 

 

Defendant/Appell_____.
 

)
 
 
 

PETITION IN ERROR
_____ PETITION IN ERROR
_____ AMENDED OR SUPPLEMENTAL PETITION
_____ CROSS PETITION
_____ COUNTER-PETITION
DATE FIRST PETITION IN ERROR FILED: ____________________
I.TRIAL COURT HISTORY
COURT/TRIBUNAL: _____________________________________________________
COUNTY: _____________________________________________________________
CASE NO.: _____________________________________________________________
JUDGE: ________________________________________________________________
NATURE OF CASE: ______________________________________________________
(e.g., Divorce, Personal Injury)
NAME OF PARTY OR PARTIES FILING THIS PETITION IN ERROR:
______________________________________________________________________
THE APPEAL IS BROUGHT FROM: (Check one)
_____ Judgment, Decree or Final order of District Court.
_____ Appeal from order granting summary judgment or motion to dismiss where motion filed after October 1, 1993 (Accelerated procedure under Rule 1.36).
_____ Appeal from Revocation of Driver''s License (Rule 1.21(b)).
_____ Final Order of Other Tribunal.
(Specify Corporation Commission, Insurance Department,
Tax Commission, Court of Tax Review, Banking Board or
Banking Commissioner, etc. _________________________)
_____ Interlocutory Order Appealable by Right.
_____ Other _______________________________________________________
II. TIMELINESS OF APPEAL
1. Date judgment, decree or order appealed was filed:_______________________.
2. If decision was taken under advisement, date judgment, decree or order was mailed to parties: ____________________
2. Did the party appealing prepare the judgment, decree or order appealed? ____ Yes _____ No.
3. Date the certificate of service was filed in the trial court: _______________________.
4.3.Does the judgment or order on appeal dispose of all claims by and against all parties?
____ Yes _____ No.
If not, did district court direct entry of judgment in accordance with 12 O.S. § 994? _____Yes _____ No.
When was this done? _________________
5.4.If the judgment or order is not a final disposition, is it appealable because it is an Interlocutory Order Appealable by Right? _____ Yes _____ No. Specific statutory basis for interlocutory order appealable by right:_______________________.
6.5.If none of the above applies, what is the specific statutory basis for determining the judgment or order is appealable? ____________________________________
7.6.Were any post-trial motions filed?
Type Date Filed Date Disposed
____________________ _____________________ ____________________
____________________ _____________________ ____________________
____________________ _____________________ ____________________
8.7.This Petition is filed by: ___ Delivery to Clerk, or
___Mailing to Clerk by U.S. Certified Mail, Return
Receipt Requested, on ____________ (date)
III. RELATED OR PRIOR APPEALS
List all prior appeals involving same parties or same trial court proceeding: ________
___________________________________________________________________
List all related appeals involving same issues: __________________________________
____________________________________________________________________
(Identify by Style, Appeal Number, Status, and Citation, if any. If none, so state.)
_
IV. SETTLEMENT CONFERENCE
Is appellant willing to participate in an attempted settlement of the appeal by predecisional conference under Rule 1.250? _____Yes _____No
V. RECORD ON APPEAL
_____ A Transcript will be ordered.
_____ No Transcript will be ordered because no record was made and/or no transcript will be necessary for this appeal
_____ A Narrative Statement will be filed
_____ Record is concurrently filed as required by Rule 1.34 (Driver''s License Appeals, etc.) or Rule 1.36 (Summary judgments and motions to dismiss granted).
VI. JUDGMENT, DECREE OR ORDER APPEALED -- EXHIBIT "A"
(Attach as Exhibit "A" to the Petition in Error a certified copy of the judgment, decree or order from which the appeal is taken. If a post-trial motion extending appeal time under Rule 1.22 was filed, a certified copy of the order disposing of the motion must be attached also.)
VII. SUMMARY OF CASE -- EXHIBIT "B"
Attach as Exhibit "B" a brief summary of the case not to exceed one 8 ½"x 11" double spaced page.
VIII. ISSUES TO BE RAISED ON APPEAL -- EXHIBIT "C"
Attach as Exhibit "C" the issues proposed to be raised. Include each point of law alleged as error. Avoid general statements such as "Judgment not supported by law."
_
IX. NAME OF COUNSEL OR PARTY, IF PRO SE
ATTORNEY FOR APPELLANT
Name:
OBA No.:
Firm:
Designated Case-Specific Email Address: [if applicable]
Secondary Email Address: [if applicable]
Address:
Telephone:
ATTORNEY FOR APPELLEE
Name:
OBA No.:
Firm:
Designated Case-Specific Email Address: [if applicable]
Secondary Email Address: [if applicable]
Address:
Telephone:
DATE: ______________________ 20___

 
 
 

 
 

Verified by (Signature of Attorney or Pro Se Party)

 
 
 

 
 

Firm

 
 
 

 
 

Designated Case-Specific Email Address [if applicable]

 
 
 

 
 

Secondary Email Address [if applicable]

 
 
 

 
 

Address

 
 
 

 
 

Telephone

_
X. CERTIFICATE OF MAILING TO ALL PARTIES AND 
COURT CLERK
I hereby certify that a true and correct copy of the Petition in Error was mailed this ___ day of ________________, 20___ by depositing it in the U.S. Mail, postage prepaid or by electronic mail to ____________________________
_______________________________________________________________________.
(Name and Address and/or Email Address of Each Party or Counsel)
I further certify that a copy of the Petition in Error was mailed to, or filed in, the Office of ________________________________________________________ on the
(District Court Clerk or Other Tribunal)
___ day of ______________________, 20___.

 
 
 

 
 

Certified by (Signature of Attorney or Pro Se Party)